The Honorable Tiffany M. Cartwright

# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| SANDRA RITENBURGH<br><br>    Plaintiff,<br><br>vs.<br><br>CLARK COUNTY JAIL; CLARK COUNTY SHERIFF'S OFFICE; CLARK COUNTY; NAPHCARE, INC., an Alabama Corporation; and JOHN and JANE DOES 1-20, individually and in their official capacities acting under the color of state law,<br><br>    Defendants. | **NO. 3:24-cv-05185-TMC**<br><br>**STIPULATED MOTION AND ORDER TO EXTEND DEADLINES FOR FILING MOTION TO JOIN PARTIES AND FOR AMENDING PLEADINGS**<br><br>NOTE ON MOTION CALENDAR:<br>September 6, 2024 |

## STIPULATED MOTION

Pursuant to Local Civil Rules 7(j), 7(d)(1), and 10(g), Plaintiff and all named Defendants in this action, through their respective counsel, hereby submit this stipulated motion to extend deadlines for filing motions to join parties and for amending pleadings, contained in the Court's June 12, 2024 Order Setting Jury Trial and Pretrial Dates (Dkt. # 19) (the "Scheduling Order").

The Scheduling Order currently sets September 9, 2024 as the deadline for filing a motion to join parties and September 23, 2024 as the deadline for amending pleadings in this case. The

STIPULATED MOTION AND ORDER TO
EXTEND DEADLINES
3:24-cv-05185-TMC – *Page 1 of 3*

Northwest Justice Project
1104 Main St., #500
Vancouver, WA 98660
Phone: (360) 693-6130 | Fax: (206) 299-9716

parties request that the Court extend these two deadlines as follows: October 8, 2024 for filing motion to join parties, and October 18, 2024 for amending pleadings.

Good cause exists to extend these deadlines because discovery is ongoing in this case, with responses currently pending from both Plaintiff and Defendant NaphCare, which responses may materially alter the pleadings, and/or may lead to positive identification of "John" and "Jane Doe" defendants, who are believed to be employees the named Defendants but who have yet to be identified. The parties are additionally currently engaged in active settlement discussion, which has resulted in delays to the aforementioned discovery responses. The parties' request is made in good faith and not for the purposes of delay. Additionally, extending these two deadlines would not affect any other deadline in the Scheduling Order, or any other dates or deadlines previously set by the Court.

THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by Plaintiff and all named Defendants, and subject to the Court's approval, that the deadline for filing a motion to join parties be extended to October 8, 2024; and that the deadline for amending pleadings be extended to October 18, 2024.

DATED: September 6, 2024.

/s/ Jordan Taylor, WSBA #46082
**Henderson Taylor Law Firm, PLCC**
900 Washington Street, Suite 1010
Vancouver, WA 98660
360.37.1478
jordan@hlf-law.com
*Attorney for Plaintiff*

/s/ Carl G. Snodgrass, WSBA #58454
**Northwest Justice Project**
1104 Main Street, Suite 500
Vancouver, WA 98660
360.693.6130
carl.snodgrass@nwjustice.org
*Attorney for Plaintiff*

/s/ Caitlin Skurky, WSBA #60246
**Kneupper & Covey PC**
17011 Beach Blvd., Suite 900
Huntington Beach, CA 92647
206.759.7520
caitlin@kneuppercovey.com
*Attorney for Plaintiff*

STIPULATED MOTION AND ORDER TO EXTEND DEADLINES
3:24-cv-05185-TMC – *Page 2 of 3*

Northwest Justice Project
1104 Main St., #500
Vancouver, WA  98660
Phone: (360) 693-6130 | Fax: (206) 299-9716

/s/ Deborah R. Wechselblatt, WSBA #47417
/s/ Amanda Migchelbrink, WSBA #34223
**Clark County Prosecutor's Office – Civil Division**
PO Box 5000
Vancouver WA 98666-5000
564.397.2478
Deb.wechselblatt@clark.wa.gov
Amanda.migchelbrink@clark.wa.gov
*Attorneys for Defendant Clark County*

/s/ Jonthan Ballard, WSBA # 48870
/s/ Ross Taylor, WSBA #48111
**Fox Ballard PLCC**
1325 Fourth Ave Ste 1500
Seattle WA 98101
206.800.2727
jonathan@foxballard.com
ross@foxballard.com
*Attorneys for Defendants Naphcare*

## ORDER

**IT IS SO ORDERED.**

Dated this 6th day of September, 2024.

_____
TIFFANY M. CARTWRIGHT
UNITED STATES DISTRICT JUDGE

Presented by:

/s/ Carl G. Snodgrass, WSBA #58454
**Northwest Justice Project**
1104 Main Street, Suite 500
Vancouver, WA 98660
360.693.6130
carl.snodgrass@nwjustice.org
*Attorney for Plaintiff*

STIPULATED MOTION AND ORDER TO EXTEND DEADLINES
3:24-cv-05185-TMC – *Page 3 of 3*

Northwest Justice Project
1104 Main St., #500
Vancouver, WA  98660
Phone: (360) 693-6130 | Fax: (206) 299-9716