The Honorable Tiffany M. Cartwright

# UNITED STATES DISTRICT COURT, WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| SANDRA RITENBURGH<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>CLARK COUNTY JAIL; CLARK COUNTY SHERIFF'S OFFICE; CLARK COUNTY; NAPHCARE, INC., an Alabama Corporation; and JOHN and JANE DOES 1-20, individually and in their official capacities acting under the color of state law,<br><br>　　　　Defendants. | NO. 3:24-cv-05185-TMC<br><br>ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO AMEND SECOND AMENDED COMPLAINT |

## **ORDER**

This matter comes before the Court on Plaintiff's Motion seeking leave to amend the current operative pleading in this case, the Second Amended Complaint (Dkt. # 1–1). Having reviewed and considered said Motion, along with the file and all related pleadings and materials, and having determined that Plaintiff's Motion should be granted, the Court now ORDERS that:

/ /

1. Plaintiff's Motion for Leave to Amend the Second Amended Complaint is GRANTED.

2. Plaintiff shall file a Third Amended Complaint, incorporating the proposed changes attached to Plaintiff's Motion, **within fourteen (14) days** of the date of this Order.

**IT IS SO ORDERED.**

Dated this 11th day of October, 2024.

_____
TIFFANY M. CARTWRIGHT
UNITED STATES DISTRICT JUDGE

Presented by:

/s/ Carl G. Snodgrass, WSBA #58454
Carl G. Snodgrass
**Northwest Justice Project**
1104 Main Street, Suite 500
Vancouver, WA 98660
360.693.6130
carl.snodgrass@nwjustice.org
*Of Attorneys for Plaintiff*